**Order filed August 28-2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00400-CV
_____

**ROY MATA AND GILBERT E. GARCIA, Appellants**

**V.**

**WELLS FARGO BANK, NA SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, NA F/K/A WACHOVIA MORTGAGE FSB F/K/A WORLD SAVINGS BANK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1008365**

---

## ORDER

This is an appeal from a summary judgment signed April 12, 2012. Appellants filed a timely motion for new trial. The record in this appeal was due August 10, 2012. *See* Tex. R. App. P. 35.1(a). A partial clerk's record was filed July 9, 2012. The court reporter in this case, Lettie B. Witter, advised this court that a record was made below, but that appellants have not made payment arrangements for its preparation. In addition, appellants have not paid the appellate filing fee in this appeal. *See* Tex. R. App. P. 5.

Appellants filed affidavits of indigence in the trial court, asserting that they are unable to pay the costs of appeal. On May 8, 2012, the trial court signed an order

sustaining the Harris County Clerk's contest to appellants' claim of indigence. On May 29, 2012, appellants filed a notice of appeal from the trial court's order, and the appeal was docketed under our case number 14-12-00517-CV. Today, the court has dismissed as untimely the appeal from the order sustaining the contest to appellants' affidavits. Accordingly, appellants are not entitled to proceed without the advance payment of costs in this appeal. *See* Tex. R. App. P. 20.1(k). Therefore, we issue the following order.

We **ORDER** appellants to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **September 14, 2012.** *See* Tex. R. App. P. 5.

We further **ORDER** appellants to pay, or make arrangements to pay, for preparation of the reporter's record in this appeal, if a reporter's record is requested for this appeal. *See* Tex. R. App. P. 34.6(b). Appellants shall provide proof of payment for preparation of the record, or confirmation that no record is requested, on or before **September 14, 2012.** In addition, the partial clerk's record does not contain the petition, answer, motion for summary judgment, response thereto, or other pleadings. Appellants are **ORDERED** to pay for preparation of a supplemental clerk's record containing the documents listed in Texas Rule of Appellate Procedure 34.5(a), and provide proof of payment for the supplementation, on or before **September 14, 2012.** The supplemental clerk's record shall be due on or before **September 24, 2012.**

If appellants fail to comply with this order, the appeal will be dismissed. *See* Tex. R. App. P. 42.3(c).

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.